NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re TESLA, INC.,**
*Petitioner*

2026-116

On Petition for Writ of Mandamus to the United States Patent and Trademark Office in Nos. IPR2025-00943, IPR2025-00944, IPR2025-01034, and IPR2025-01035.

**ON PETITION**

PER CURIAM.

**O R D E R**

Upon consideration of Tesla, Inc.'s submission of a petition for a writ of mandamus,

IT IS ORDERED THAT:

The Director of the United States Patent and Trademark Office and Granite Vehicle Ventures LLC are directed to file separate responses to the petition no later than fourteen days from the date of entry of this order.

Tesla may submit a reply in support no later than three days from the date of service of the last-filed response.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 2, 2025
    Date