NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re TESLA, INC.,**
*Petitioner*

---

2026-116

---

On Petition for Writ of Mandamus to the United States Patent and Trademark Office in Nos. IPR2025-00943, IPR2025-00944, IPR2025-01034, and IPR2025-01035.

---

## ON PETITION AND MOTION

---

PER CURIAM.

### O R D E R

Upon consideration of the parties' joint motion to extend the time, until January 9, 2026, for the Director of the United States Patent and Trademark Office and Granite Vehicle Ventures LLC to file their responses to Tesla, Inc.'s petition for a writ of mandamus and to extend the time, until January 16, 2026, for Tesla to file its reply in support of its petition,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

December 10, 2025
Date

Jarrett B. Perlow
Clerk of Court