heimpayne+chorush LLP

Intellectual Property Litigation
www.heimpaynechorush.com

BLAINE LARSON
PARTNER

(713) 221-2009
BLARSON@HPCLLP.COM

February 13, 2026

***Via CM/ECF***
Mr. Jarrett B. Perlow
Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Re: Notice of Supplemental Authority Under Fed. R. App. P. 28(j), *In re Tesla, Inc.*, No. 26-116

Dear Mr. Perlow:

Respondent Granite Vehicle Ventures LLC ("Granite") writes to inform the Court that the panel in *Apple Inc. v. Squires*, No. 24-1864 (Fed. Cir. Feb. 13, 2025) ("*Apple*") issued an opinion today affirming the district court's finding that the *Fintiv* instructions did not have to be issued through notice-and-comment rulemaking. *Apple* at 3.

The second issue in Tesla's petition, "[d]id the USPTO violate the APA by imposing a time-to-trial rationale for discretionary denial without proper notice-and-comment rulemaking," was only "raised in the event the Court holds in the pending appeal in [*Apple*] that notice-and-comment rulemaking was required for the type of rationale applied here." Pet. at 6-7. Apple's challenge of the *Fintiv* instructions under notice-and-comment rulemaking failed, and thus this issue also necessarily fails.

Tesla's first issue, whether the USPTO exceeded its authority under the Constitution's separation of powers, is also addressed in *Apple*. Pet. at 6. "Even if certain statutory preconditions for institution are met, non-institution remains within the Director's discretion: No law compels institution." *Apple* at 4. Here, it was within the Director's discretion to explicitly consider the time-to-trial and likelihood of a stay as well as a "holistic assessment of all of the evidence and arguments presented." Appx2–3, Appx6.

Respectfully submitted,

*/s/ Blaine Larson*
Blaine Larson

**Counsel for Respondent Granite Vehicle Ventures LLC**

**CERTIFICATE OF COMPLIANCE**

This letter complies with the type-volume limitation of Fed. R. App. P. 28(j) because it contains 202 words.

*/s/ Blaine Larson*
Blaine Larson